FILED
CLERK, U.S. DISTRICT COURT

Oct 21, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| S.V., a minor, individually and as a survivor of EDGAR VILLARREAL, deceased, by and through her Guardian Ad Litem KENIA VILLARREAL, an indiviudal; ELODINA VILLARREAL, an individual; and CLEMENTE VILLARREAL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a government entity; CARLOS CUEVA, in his individual and official capacities; and DOES 2 to 10, inclusive,<br><br>Defendants. | CASE NO. CV14-1139 SVW (AJWx)<br>[Exempt pursuant to Gov. Code §6103]<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>(Hon. Judge Stephen V. Wilson Courtroom "6")<br><br>JS-6<br><br>Trial Date:        12/9/14 |

The Court, having considered the Stipulation of the parties, and GOOD CAUSE APPEARING, it is hereby ORDERED that this Action is dismissed with prejudice.

/ / /

/ / /

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

Each side will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: October 21, 2014

*[signature]*

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE